IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| U. S. DELIVERY SYSTEMS SOUTHEAST, INC., | }<br>}<br>} |
| Plaintiff | } CIVIL ACTION NO. |
| vs. | } 97-AR-0862-S |
| SELIDA E. CARROLL, | } |
| Defendant | } |

FILED 97 SEP -3 PM 1:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 3 1997

### FINDINGS AND CONCLUSIONS

This cause is before the court on written motion of counsel for plaintiff, supported by affidavit, for judgment by default in favor of plaintiff, U. S. Delivery Systems Southeast, Inc., and against defendant, Selida E. Carroll, pursuant to Rule 55(b), F.R.Civ.P.  The court makes the following findings of fact and reaches the following conclusions:

  1.  The summons and complaint in this cause were served upon the named defendant on April 12, 1997, and said defendant has failed to appear or plead or otherwise defend.

  2.  The clerk properly entered default against the defendant on August 28, 1997.

  3.  Defendant, Selida E. Carroll, is not an infant or incompetent person and is not in the military service.

  4.  Defendant is indebted to plaintiff in the sum of

$697,817.00, plus court costs.

DONE this _____3rd_____ day of September, 1997.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE